# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAYETANO LARA, | 1:08-CV-00706 OWW GSA HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| v. | [Doc. #18] |
| ADAMS, Warden, | ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS |
| Respondent. | ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 26, 2008, the Magistrate Judge issued a Findings and Recommendation that recommended Respondent's motion to dismiss the petition be granted and the petition be dismissed with prejudice for failure to comply with 28 U.S.C. § 2244(d)'s one year limitation period. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued September 22, 2008, is ADOPTED IN

FULL;

    2. Respondent's motion to dismiss the instant petition is GRANTED;

    3. The instant petition for writ of habeas corpus is DISMISSED with prejudice;  and,

    4. The Clerk of Court is DIRECTED to enter judgment.

IT IS SO ORDERED.

**Dated:   November 19, 2008**　　　　　　　　　　**/s/ Oliver W. Wanger**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE