UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CAYETANO T. LARA, | ) | 1:08-CV-00706 OWW GSA HC |
| | ) | |
| Petitioner, | ) | ORDER DENYING PETITIONER'S |
| | ) | MOTION FOR RELIEF FROM JUDGMENT |
| v. | ) | ENTITLED "MOTION FOR CAUSE AND |
| | ) | PREJUDICE" |
| DERRAL ADAMS, Warden, | ) | |
| | ) | [Doc. #26] |
| Respondent. | ) | |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 22, 2008, the Magistrate Judge issued a Findings and Recommendation that recommended Respondent's motion to dismiss the petition for untimeliness be granted. On November 20, 2008, the undersigned adopted the Findings and Recommendation in full, granted Respondent's motion to dismiss, dismissed the case, and directed that judgment be entered. The Clerk of Court entered judgment on the same date.

On July 20, 2009, Petitioner filed a motion for relief from judgment pursuant to Federal Rules of Civil Procedure § 60(b). Petitioner complained that he was not able to oppose Respondent's August 1, 2008, motion to dismiss because he is illiterate, has no knowledge of the legal system, lacks education, and relies on other inmates for assistance. Respondent opposed said motion. On

August 4, 2009, the undersigned denied Petitioner's motion for relief. The Court noted that Petitioner had indeed filed an opposition on August 25, 2008, wherein he presented these same arguments. The Court considered those arguments but granted Respondent's motion to dismiss.

On February 1, 2010, Petitioner filed the instant motion entitled, "Motion for Cause and Prejudice." Petitioner again seeks relief from judgment and renews the same arguments as before. On February 5, 2010, Respondent opposed the motion arguing that Petitioner has already sought and been denied the same relief he now seeks.

Rule 60(b) of the Federal Rules of Civil Procedure provides:

> On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:
> (1) mistake, inadvertence, surprise, or excusable neglect;
> (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);
> (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;
> (4) the judgment is void;
> (5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or
> (6) any other reason that justifies relief.

The Court finds no reason to grant relief from judgment. Petitioner's arguments have already been addressed, and his motion presents no basis for relief.

Accordingly, Petitioner's Motion for Reconsideration is DENIED.

IT IS SO ORDERED.

Dated:   February 12, 2010              /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE