# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAYETANO T. LARA,<br><br>        Petitioner,<br><br>   v.<br><br>DERRAL ADAMS, Warden,<br><br>        Respondent. | 1:08-CV-00706 OWW GSA HC<br><br>ORDER DENYING PETITIONER'S MOTION FOR RELIEF FROM JUDGMENT ENTITLED "MOTION FOR MISCARRIAGE OF JUSTICE"<br><br>[Doc. #29] |

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      On November 20, 2008, the undersigned granted Respondent's motion to dismiss, dismissed the case for violating the statute of limitations, and directed that judgment be entered. The Clerk of Court entered judgment on the same date.

      On July 20, 2009, Petitioner filed a motion for relief from judgment pursuant to Federal Rules of Civil Procedure § 60(b). On August 4, 2009, the undersigned denied Petitioner's motion.

      On February 1, 2010, Petitioner filed another motion, this time entitled, "Motion for Cause and Prejudice." Petitioner again sought relief from judgment, renewing the same arguments as before. On February 16, 2010, the undersigned denied the motion and once again informed Petitioner that his arguments have already been addressed and his motion presented no basis for relief.

On February 18, 2010, Petitioner filed the instant motion, this time entitled, "Motion for Miscarriage of Justice." Petitioner again attempts to relitigate his case. Petitioner is informed that this case is closed. His arguments have been heard and relief has been denied.

Accordingly, the instant motion is DENIED, and Petitioner is informed that any further filings will be stricken.

IT IS SO ORDERED.

**Dated:   March 3, 2010**            **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE